# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

January 16, 2018

Before:  
    WILLIAM J. BAUER, Circuit Judge  
    MICHAEL S. KANNE, Circuit Judge  
    ILANA DIAMOND ROVNER, Circuit Judge

| | |
|---|---|
| No. 17-1055 | AYESHA KHAN,<br>Plaintiff - Appellant<br><br>v.<br><br>MIDWESTERN UNIVERSITY, an Illinois not-for-profit corporation,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:14-cv-09539<br>Northern District of Illinois, Eastern Division<br>District Judge John Robert Blakey | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)